UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

    Plaintiff,

Case No. 23-cv-11412

v.

Hon. Sean F. Cox
United States District Court Judge

FIRST AMERICAN HOME WARRANRY
CORPORATION,

    Defendant.

## ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURIDSICTION OVER STATE-LAW CLAIMS

Acting *pro se*, Plaintiff filed this federal action against Defendants based upon federal-question jurisdiction.  Plaintiff also asks the Court to exercise supplemental jurisdiction over his state-law claims.

This Court may decline to exercise supplemental jurisdiction over a claim that "raises a novel or complex issue of state law" or that "substantially predominates over the claim or claims over which the district court has original jurisdiction."  28 U.S.C. § 1367(c).  This Court's decision to decline supplemental jurisdiction is reviewed for abuse of discretion.  *Soliday v. Miami County*, 55 F.3d 1158, 1164 (6th Cir. 1995).

Here, Plaintiff's state-law claims may raise novel or complex issues of state law.  Further, the potential for jury confusion in this case would be great if Plaintiff's federal claims were presented to a jury along with Plaintiff's state-law claims.  The potential for jury confusion is yet another reason for this Court to decline to exercise supplemental jurisdiction over Plaintiff's state-law claims.

2

Accordingly, the Court **DECLINES TO EXERCISE SUPPLEMENTAL JURISDICTION** over any state-law claims in this action. As such, the Court **DISMISSES WITHOUT PREJUDICE** Counts IX, X, XI, and XII of Plaintiff's First Amended Complaint

**IT IS SO ORDERED.**


Dated:  January 24, 2024                           s/Sean F. Cox
                                                   Sean F. Cox
                                                   U. S. District Judge


I hereby certify that on January 24, 2024, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                   s/Jennifer McCoy
                                                   Case Manager